[No. 48264-5-I.   Division One.   February 25, 2002.]

RICHARD JONES, ET AL., *Appellants*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-04484-4, Sharon S. Armstrong, J., entered January 26, 2001. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, A.C.J., and Kennedy, J.

[No. 48315-3-I.   Division One.   February 25, 2002.]

*In re* J.V.

J.V., *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-8-01106-5, Charles R. Snyder, J. Pro Tem., entered March 8, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 19785-9-III.   Division Three.   February 28, 2002.]

JACK BOWCUTT, ET AL., *Appellants*, v. DELTA NORTH STAR CORPORATION, ET AL., *Defendants*, PAUL RAILTON CABBELL, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-2-02584-7, Richard J. Schroeder, J., entered November 17, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Schultheis, J.

[Nos. 24494-2-II; 27185-1-II.   Division Two.   March 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KORI L. LAKE, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-1-00485-4, David E. Foscue, J., entered March 25, 1999. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Quinn-Brintnall, J.